UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARQUISE HAYNES and
DAESHAWN FREEMAN

      Plaintiffs,

v.                                                     Case No.   2:25-cv-00242-JLB-NPM

MARTIN CORRECTIONAL
INSTITUTION,

      Defendant.
_____/

## ORDER

Before the Court are several pages of grievances forms and letters filed by *pro se* plaintiffs Marquise Haynes and Daeshawn Freemen.  (Doc. 1.)   After reviewing the papers, the Court concludes that the plaintiffs wish to initiate a prison-conditions civil rights complaint.   However, this action should have been brought in the Southern District of Florida because the alleged significant events giving rise to the cause of action occurred at Martin Correctional Institution, which is within the venue of the United States District Court for the Southern District of Florida.   See 28 U.S.C. §1391(b).   The Court thus transfers this case under 28 U.S.C. §1406(a).

      Accordingly, it is **ORDERED**:

      (1)    The Clerk is **DIRECTED** to **TRANSFER** this case to the Ft. Pierce Division of the United States District Court for the Southern District of Florida

      (2)    The Clerk is **DIRECTED** to deny as moot any pending motions and close the Fort Myers case.

      **DONE** and **ORDERED** in Fort Myers, Florida on April 8, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies:   Marquise Haynes and Daeshawn Freeman